**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA )
                       Petitioner )
                                  )
             V.                 )    M.B.D. No.
                                    )   **04**MBD **10294**
PETER S. FURTADO           )
                 Respondent )

### AFFIDAVIT OF REVENUE OFFICER

    I, David Malo, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Peter S. Furtado, are true to the best of my knowledge and belief.



                Revenue Officer
                Internal Revenue Service

    Subscribed and sworn to before me at _Taunton Federal CU_,

Massachusetts on the ___21st___ day of ___June___, 2004.

My Commission expires: _3/24/2011_      NOTARY PUBLIC



                       CRISTINA M. DaROCHA
                          Notary Public
               Commonwealth of Massachusetts
                My Commission Expires
                    March 24, 2011