UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.B.D. No.
04-10292-NMG
04-10293-NMG
04-10294-NMG
04-10295-NMG
04-10296-NMG
04-10299-NMG
04-10300-NMG

UNITED STATES OF AMERICA

Plaintiff

v.

JEFFREY DEWALLACE
ROBERT HAVEY
PETER FURTADO
MICHAEL CARDEN
RICHARD EARLY, III
MICHAEL MIRANDA, JR.
KINNEY ELECTRIC, KEITH KINNEY AS PRESIDENT

Defendants

ORDER TO SHOW CAUSE

October 21, 2004

COHEN, M.J.

The above-named defendants shall appear before this court on Thursday,

November 4, 2004, at 2:00 p.m., to show cause why this court should not recommend that they be held in contempt of court for failure to comply with the summons previously issued to them by the Internal Revenue Service.

In the event that a defendant named above does not appear as required, this court will issue a warrant of arrest for that defendant.

So ordered.

_____
UNITED STATES MAGISTRATE JUDGE