# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      V.                                              M.B.D. 04-10294-NMG

PETER S. FURTADO,
        Defendant.

## ORDER TO SHOW CAUSE RE: CONTEMPT

COLLINGS, U.S.M.J.

     PETER S. FURTADO, 303 Ocean Grove Avenue, Swansea, Massachusetts is ORDERED to appear before the Honorable Nathaniel M. Gorton on **THURSDAY, MARCH 31, 2005 AT 3:00 P.M.** at Courtroom #4 (3rd floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts and then and there to show cause, if any there be, why he should not be held in criminal contempt of Court and appropriately punished for failing to comply with the Order of Magistrate Judge Lawrence P. Cohen issued on November 4, 2004 which enforced an Internal Revenue summons.

     Failure of PETER S. FURTADO to appear as ordered herein shall result in

the issuance of a warrant for his arrest.

The United States Marshal shall serve a certified copy of the within Order on Peter S. Furtado.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  February 7, 2005.