UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | M.B.D. No. 04-10294-NMG |
| ) | |
| PETER S. FURTADO, ) | |
| Respondent. ) | |
| _____) | |

**MOTION TO WITHDRAW ORDER**
**ENFORCING INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on October 13, 2004. On February 7, 2005, this Court issued an Order to Show Cause Why Respondent Should Not Be Held In Contempt ordering the respondent to appear before the Court on March 31, 2005 at 3:00 p.m.

The petitioner now seeks to withdraw its petition because the respondent has complied with the Internal Revenue Service Summons.

        Respectfully submitted:

        MICHAEL J. SULLIVAN,
        United States Attorney


        By: /s/ Anton P. Giedt
            ANTON P. GIEDT
            Assistant U.S. Attorney
            John Joseph Moakley U.S. Courthouse
            1 Courthouse Way - Suite 9200
            Boston, MA  02210
            (617) 748-3282


CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        /s/ Anton P. Giedt
        ASSISTANT UNITED STATES ATTORNEY

Dated: March 31, 2005